**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**LUIS A. ROSADO,**

    **Plaintiff,**

**vs.**                                        **Case No. 4:09cv29-RH/WCS**

**P. WALTER McNEIL, et al.,**

    **Defendants.**

                                         /

## REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk. In an order filed February 2, 2009, Plaintiff was directed to submit a supplement to his IFP motion by March 2, 2009. Because Plaintiff's copy of that order was returned to the clerk undelivered, doc. 6, the court checked with the Leon County Jail and were advised that the Plaintiff had been transferred on January 28, 2009, to Florida State Hospital for evaluation. In an order entered March 2, 2009, the clerk was directed to note Plaintiff's new address on the docket and directed to re-mail all previous orders to Plaintiff's new address and gave the Plaintiff until March 31, 2009, in which to advise the court if he still wished to pursue this case. Doc, 9. Because Plaintiff failed to respond to that order this court entered a order to show cause on April 20, 2009, giving Plaintiff one final opportunity to

respond and warned him of dismissal if he failed to do so.  To date, no response has been received from the Plaintiff.  Doc. 10.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**DONE AND ORDERED** on May 18, 2009.

    S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**